

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/13/2018

| | | |
|---|---|---|
| In re: | § § | |
| GARDEN OAKS MAINTENANCE ORGANIZATION, INC. | § § § § | Case No. 18-60018 |
| | § | Chapter 11 |
| Debtor. | § § § | |
| | § | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GARDEN OAKS MAINTENANCE ORGANIZATION, INC., | § § § § § | Adv. Pro. No. 18-03173 |
| Plaintiff, | § § | |
| v. | § § | |
| GARDEN OAKS MAINTENANCE ORGANIZATION, INC., | § § § § | |
| Defendant. | § | |

**ORDER**
(Docket No. 3)

By agreement of the Debtor and the Official Committee of Unsecured Creditors in connection with Adversary Proceeding No. 18-03173 (the "Adversary Proceeding"); the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this Court may enter a final order consistent with Article III of the United States Constitution; that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and the parties have waived their procedural protections under Part VII of the Federal Rule of Bankruptcy Procedure (Bankruptcy Rules 7001 to 7087) at the hearing held on August 9, 2018; it is ORDERED THAT:

1.      The parties shall address, and the Court shall determine, the legal effects of the decisions, orders, opinions, judgement and rulings made by the 269th Judicial District Court of

Harris County and the Fourteenth Court of Appeals, Houston, Texas in the case styled as *Garden Oaks Maintenance Organization v. Peter S. Chang and Katherine M. Chang*, (Case No. 2012-72213 in the District Court and Case No. 14-16-00537-CV in the Fourteenth Court of Appeals) on the above-captioned debtor and debtor-in-possession (the "Debtor") and the Debtor's estate.

2. The court will hold a hearing for arguments on this issue on August 16, 2018 at 3:00 PM at 515 Rusk Avenue, Houston, Texas, Courtroom 400. Any party in interest wishing to speak at the hearing will be given an opportunity to do so.

3. The Debtor shall segregate all transfer fees it receives on or after August 9, 2018 in a segregated interest bearing account. The purpose of this segregation is to preserve the rights of the parties paying such transfer fees until a determination is made on the authority of the Debtor to collect such transfer fees. The Debtor shall continue to hold the transfer fees in a segregated account until further order of this Court.

4. The Debtor shall not use any assets of the Debtor's estate to pay for legal fees for deed restriction enforcement until further order of this Court.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The parties are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: August 13, 2018.

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**