

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/25/2018

| | | |
|---|---|---|
| In re: | § § | |
| GARDEN OAKS MAINTENANCE ORGANIZATION, INC. | § § § § | Case No. 18-60018 |
| | § | Chapter 11 |
| Debtor. | § § § | |
| | § | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GARDEN OAKS MAINTENANCE ORGANIZATION, INC., | § § § § § | Adv. Pro. No. 18-03173 |
| Plaintiff, | § § | |
| v. | § § | |
| GARDEN OAKS MAINTENANCE ORGANIZATION, INC., | § § § § | |
| Defendant. | § | |

## ORDER

The Court having considered the arguments of counsel and the evidence presented at the hearing held on August 16, 2018 on the legal effects of the decisions, orders, opinions, judgement and rulings made by the 269th Judicial District Court of Harris County and the Fourteenth Court of Appeals, Houston, Texas in the case styled as *Garden Oaks Maintenance Organization v. Peter S. Chang and Katherine M. Chang* (Case No. 2012-72213 in the District Court and Case No. 14-16-00537-CV in the Fourteenth Court of Appeals) on the above-captioned debtor and debtor-in-possession (the "Debtor") and the Debtor's estate in Adversary Proceeding No. 18-03173 (the "Adversary Proceeding"); and determining that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this Court may enter a final

order consistent with Article III of the United States Constitution; and that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it is ORDERED THAT:

1. The Debtor shall suspend collection of all transfer fees commencing on August 16, 2018 until further order of this Court.

2. A certified copy of this Order may be filed in the real property records with the Harris County Clerk's Office.

3. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. The parties are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: October 25, 2018.**

DAVID R. JONES
**UNITED STATES BANKRUPTCY JUDGE**